IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY RAY JONES,

    Petitioner,               No. CIV S-06-0701 JAM EFB P

    vs.

T. FELKER, Warden, et al.,

    Respondents.         ORDER

                              /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 11, 2007, petitioner filed a notice of appeal and on January 8, 2008, petitioner filed an application for a certificate of appealability. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        In the September 28, 2006, findings and recommendations, the magistrate judge found that petitioner had previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case.[1]

---

[1] See Case No. CIV S-02-0082 LKK PAN P, filed on January 11, 2002, and dismissed as barred by the statute of limitations on March 20, 2004. A court may take judicial notice of court records. See MGIC Indem. Co. V. Weisman, 803 F.2d. 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1   A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the
2   applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. §
3   2253(c)(2).  The court must either issue a certificate of appealability indicating which issues
4   satisfy the required showing or must state the reasons why such a certificate should not issue.
5   Fed. R. App. P. 22(b).
6   For the reasons set forth in the magistrate's September 28, 2006, findings and
7   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
8   right.  Accordingly, a certificate of appealability should not issue in this action.
9   IT IS SO ORDERED.
10  DATED: August 26, 2008

12  /s/ John A. Mendez
    UNITED STATES DISTRICT JUDGE
13  /